PAUL S. AOKI, 1286
Acting Corporation Counsel

KATHERINE M. K. NESTE, 9022
PAGE C. K. OGATA, 9562
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaiʻi 96813
Telephone: (808) 768-5298 / 768-5127
Facsimile: (808) 768-5105
Email: kneste@honolulu.gov / page.ogata@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOVIELLE MAE CALMA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU, a municipal corporation organized and existing under laws of the State of Hawaii,<br><br>　　　　　　Defendant. | CIVIL NO. CV17-00589 ACK-WRP<br><br>ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br><br><br>(Trial Date: April 13, 2021) |

ORDER AND STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between the parties

to this action, by and through their respective counsel that pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii) and LR 41.1, the Complaint filed herein on December 13, 2017, is hereby DISMISSED WITH PREJUDICE as to all claims and all parties.

All appearing parties have signed this stipulation and each shall bear their own respective attorney's fees and costs. There are no remaining parties, claims, or issues in this action, however the Court shall retain jurisdiction over this matter to resolve any motion to determine lien reimbursement under H.R.S. 663-10 filed within 60 days of the filing date of this stipulation.

DATED: Honolulu, Hawai'i, March 10, 2021.

      PAUL S. AOKI
      Acting Corporation Counsel

 /s/ Page C. K. Ogata_____
KATHERINE M. K. NESTE
PAGE C. K. OGATA
Deputies Corporation Counsel

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

 /s/ Harvey Demetrakopoulos_____
ROY K. S. CHANG
HARVEY DEMETRAKOPOULOS, ESQ.

Attorneys for Plaintiff
JOVIELLE MAE CALMA

*Jovielle Mae Calma v. City and County of Honolulu*, Civ. No. CV17-00589 ACK-WRP, Order and Stipulation for Dismissal With Prejudice of All Claims and All Parties

2

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawai`i, March 15, 2021.



_____
Alan C. Kay
Sr. United States District Judge

*Jovielle Mae Calma v. City and County of Honolulu*, Civ. No. CV17-00589 ACK-WRP, Order and Stipulation for Dismissal With Prejudice of All Claims and All Parties